UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENDALL A. KILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-01337-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motions to Expedite and for Clarification. ECF Nos. 12, 13.  In order to appeal the denial of Social Security benefits, Plaintiff must file a motion that identifies the benefits claimed, the benefits denied, the basis for arguing the Administrative Law Judge erroneously denied benefits, and the reasons the decision is erroneous.  Plaintiff has not filed such a motion.  In the absence of the information Plaintiff must provide, the Court finds there is nothing upon which the Court can rule.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Expedite (ECF No. 12 and Motion for Clarification (ECF No. 13) are DENIED.

IT IS FURTHER ORDERED that Plaintiff is granted through and including March 2, 2025, to file his motion.  Failure to do so will result in dismissal of this action.

Dated this 14th day of February, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1